Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-2213

Counsel for GEORGE JACOBSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case # 2:09- MJ -0077 KJM
)
        Plaintiff, ) STIPULATION AND
) ORDER CONTINUING PRELIMINARY
  v. ) HEARING
)
GEORGE JACOBSEN, )
)
        Defendant. )
_____ )

**REASONS FOR REQUEST**

The defense is in the process of submitting to the United States Attorney's Office some unique circumstances involving Mr. Jacobsen's mental challenges which may affect the manner in which this case may be disposed. The gathering of information necessary to substantiate the particular circumstances is taking some time. The preliminary hearing was continued to Friday, May 15, 2009 at 2:00 p.m. However there are some logistical problems with that date and all parties are in agreement to continue the preliminary hearing date two more weeks to Friday, May 29, 2009 at 2:00 p.m. Mr. Jacobsen has, in open court,

////

previously waived time under the Federal Speedy trial act for the preliminary hearing.

**STIPULATION**

For the reasons set forth above, it is hereby stipulated by and between the parties hereto through their respective counsel that the date for preliminary hearing in the case at bar be continued from May 15, 2009 at 2:00 p.m. to **Friday, May 29, 2009 at 2:00 p.m.**

The parties further stipulate that all time included in this continuance be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through May 15, 2009 on the ground that the case is unusual and complex within the meaning of the Speedy Trial Act and for defense preparation and gathering of materials which may effect a possible plea negotiation for reasons described above, all pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii) and (iv)(Local Codes T2 and T4).

**Dated: May 4, 2009**

*/s/ Ms. Robin Taylor, Esq.* **(by RMH)**
**MS. ROBIN TAYLOR, Esq.**
**Assistant United States Attorney**
**Counsel the United States**

*/s/ Mr. Robert M. Holley, Esq.*
**MR. ROBERT M. HOLLEY, Esq.**
**Counsel for Mr. Jacobsen**

## ORDER

**GOOD CAUSE APPEARING,** the above calendaring change with respect to the defendant's preliminary hearing date, with the stipulated provisions for exclusion of time under the Federal Speedy Trial Act **IS SO ORDERED.**

**Dated: May 6, 2009**

/s/ Gregory G. Hollows
_____
**THE HONORABLE GREGORY G. HOLLOWS**
**United States Magistrate Judge**
**for the Eastern District of California**

jacobsen.eot