Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-2213

Counsel for GEORGE JACOBSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRS 2:09- MJ -0077 KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | PRELIMINARY HEARING |
| v. ) | |
| ) | |
| GEORGE JACOBSEN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**REASONS FOR REQUEST**

The defense is still in the process of reviewing discovery and information concerning the Mr. Jacobsen's mental health status in connection with the case at bar.  Assistant United States Attorney Ms. Robin Taylor, Esq., the case agent, and defense counsel have met and conferred and are still in the process of exchanging information concerning the case, Mr. Jacobsen's mental health condition, and concerning possible resolution of this matter short of indictment.  The defense hereby requests and it is stipulated by all parties that the preliminary hearing date presently scheduled for June 26, 2009 at 2:00 p.m. be continued to Friday, July 24, 2009 at 2:00 p.m.

**STIPULATION**

For the reasons set forth above, it is hereby stipulated by and between the parties hereto through their respective counsel that the date for preliminary hearing in the case at bar be continued from June 26, 2009 at 2:00 p.m. to **Friday, July 24, 2009 at 2:00 p.m.**

The parties further stipulate that all time included in this continuance be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through May 15, 2009 on the ground that the case is unusual and complex within the meaning of the Speedy Trial Act and for defense preparation and gathering of materials which may effect a possible plea negotiation for reasons described above, all pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii) and (iv)(Local Codes T2 and T4).

**Dated: June 25, 2009**

*/s/ Ms. Robin Taylor, Esq. (by RMH)*
**MS. ROBIN TAYLOR, Esq.**
**Assistant United States Attorney**
**Counsel the United States**

*/s/ Mr. Robert M. Holley, Esq.*
**MR. ROBERT M. HOLLEY, Esq.**
**Counsel for Mr. Jacobsen**

/////
/////
/////
/////
/////
/////

2

1       **ORDER**

2       **GOOD CAUSE APPEARING,** the above calendaring change with respect to
3  the defendant's preliminary hearing date, with the stipulated
4  provisions for exclusion of time under the Federal Speedy Trial Act,
5  **IS SO ORDERED.**
6  Dated: June 26, 2009

                                          _____
                                          U.S. MAGISTRATE JUDGE